DATE: 6/12/15
FILE IN WRIT FILE
BY:

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 11 2015

Abel Acosta, Clerk

78,165-02

## IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO.

EX PARTE

CHADRICK B PATE

TDCJ #01563340

This document contains some
pages that are of poor quality
at the time of imaging.

FROM THE THE DISTRICT COURT

36TH JUDICIAL DISTRICT

ARANSAS COUNTY, TEXAS

CAUSE NO. A-08-5080-4CR

## COVER SHEET

## EXHIBIT 15

## MASTER INDEX CHRISTOPER HALL REPORTERS RECORD 1-11 PAGE 2

44,275-04 ①

EX # 15

R E P O R T E R ' S   R E C O R D

VOLUME ___/___ OF ___II___ VOLUMES

Trial Court Cause Number A-08-5080-2-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| VS. | * | ARANSAS COUNTY, TEXAS |
| CHRISTOPHER JOSEPH HALL | * | 36TH JUDICIAL DISTRICT |

MASTER INDEX

ORIGINAL

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 10 2011

Louise Pearson, Clerk

## T A B L E   O F   C O N T E N T S

VOLUME 1:   Master Index

VOLUME 2:   Pretrial Motions Hearing   —Cochran Max (Hall pleser)

Who's There→ VOLUME 3:   Announcement (9-25-08) State MSC granted by
Severance had over
Reset Trial date 11/3/08
Pretrial for 10/23

VOLUME 4:   Pretrial Hearing (10-23-08)

VOLUME 5:   Pretrial Hearing (11-25-08)
MISSING Pretrial Rou —02/05/09  see Ex #14

VOLUME 6:   Jury Trial -- Voir Dire Proceedings (2-9-09)

VOLUME 7:   Jury Trial -- Guilt/Innocence (2-9-09)

VOLUME 8:   Jury Trial -- Guilt/Innocence (2-10-09)

VOLUME 9:   Jury Trial -- Guilt/Innocence (2-11-09)

VOLUME 10:  Jury Trial -- Guilt/Innocence (2-12-09)

VOLUME 11:  Jury Trial -- Punishment-Sentencing (2-13-09)
Trial Exhibits
-oOo-

Should show 12 Volumes Not 11 Volumes
12th Volume Purposefully Not Included see
different Cause no. S0-08-5080-2

EX#14   Shows only 11 Volumes but see
Reporter's Record Volume 5-A of 11 under
Cause # S-08-5080-2 [not listed with Table of Contents]
2/5/09 Pretrial

IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO.

EX PARTE

CHADRIC K B PATE

TDCJ #01563340

FROM THE THE DISTRICT COURT

36TH JUDICIAL DISTRICT

ARANSAS COUNTY, TEXAS

CAUSE NO. A-08-5080-4CR

COVER SHEET

EXHIBIT    20

REPORTERS RECORD VOLUME 6 OF 9   PAGE 221 LINES 1-25 CHADRICK PATE

# R E P O R T E R ' S   R E C O R D

## VOLUME  6  OF  9  VOLUMES

Trial Court Cause Number A-08-5080-4-CR

| | | |
|---|---|---|
| THE STATE OF TEXAS | * | IN THE DISTRICT COURT OF |
| | * | |
| VS. | * | ARANSAS COUNTY, TEXAS |
| | * | |
| CHADRICK B. PATE | * | 36TH JUDICIAL DISTRICT |

------------------------------------------

*JURY TRIAL*
*Guilt/Innocence*

------------------------------------------

## A P P E A R A N C E S

COUNSEL FOR THE STATE:
MR. MARCELINO RODRIGUEZ
MS. RETHA CABLE
ASSISTANT DISTRICT ATTORNEY
36th Judicial District
San Patricio County Courthouse
P. O. Box 1393
Sinton, Texas     78387
Tel:  361-364-6220
Fax:  361-364-4978
SBN:  24046959
      00765741

COUNSEL FOR THE DEFENDANT:
MR. JOHN S. GILMORE
ATTORNEY AT LAW
P. O. Box 276
622 South Tancahua
Corpus Christi, Texas     78403
Tel:  361-882-4378
Fax:  361-882-3635
SBN:  07958500

COPY

On the **10th** day of **February, 2009**, the following proceedings came on for trial in the above-entitled and numbered cause in said Court, **HONORABLE JANNA K. WHATLEY**, Judge Presiding, held in Rockport, Aransas County, Texas: Proceedings were reported by machine shorthand.

THE COURT: We haven't talked about your client yet, so.

MR. GILMORE: Well, Judge, anything he says is hearsay as to my client. Anything that Mr. Hall says --

MS. CABLE: -- as to Chadrick Pate, Judge, as far as that goes, but I ask to be able to get into the admissions made by this defendant, Christopher Hall.

MR. GILMORE: May we approach the bench?

(The following discussion was had at the bench.)

MR. GILMORE: Then I ask the Court to sever Mr. Pate from this case at this time because they're going to get into evidence that's not admissible against him and is going to be used against him. So I object and I'd ask for a severance.

MS. CABLE: I believe that can be cured by an instruction, Judge. They can be tried together and there can be an instruction as to the jury not considering that against Chadrick Pate.

THE COURT: See, I'm at such an unfair advantage. I have no idea what this guy's going to say and do. I don't know how I'm going to make a ruling on this because I have no idea what he's going to tell us.

MS. CABLE: He's basically going to say, Judge, that he was contacted by Michael Underwood and

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO.      WR-78, 165-02

EX PARTE
CHADRICK B. PATE TDCJ NO. 01563340
APPLICANT

NEMA BARDIN
PETITIONER
V.
JUDGE JANNA K. WHATELY

FROM THE DISTRICT COURT
36TH JUDICIAL DISTRICT
ARANSAS COUNTY, TEXAS
CAUSE NO. A-08-5080-4CR

*PETITIONER'S INFORMATION*

NEMA BARDIN
P. O. Box 772
Austin, Texas 78767
512-487-0197 cell

## CERTIFICATE OF SERVICE

I do hereby certify that a true original of the above and foregoing Application of Emergency Original Habeas Corpus was personally hand delivered on the 2ND day of JUNE, 2015 to The Texas Court of Criminal Appeals Clerk's Office at 201 W. 14th Street Austin, Texas 78701 and sent regular mail to:

JUDGE JANNA K. WHATELY
P.O. BOX 700
SINTON TEXAS 79387-0700

ARANSAS COUNTY DISTRICT CLERK'S OFFICE
*301 NORTH LIVE OAK STREET*
ROCKPORT, TEXAS 78382

PAGE 1 OF 2

# IN THE COURT OF CRIMINAL APPEALS AUSTIN, TEXAS

WRIT NO.        WR-78, 165-02

EX PARTE
CHADRICK B. PATE TDCJ NO. 01563340
*APPLICANT*

NEMA BARDIN
PETITIONER
V.
JUDGE JANNA K. WHATELY

FROM THE DISTRICT COURT
36TH JUDICIAL DISTRICT
*ARANSAS COUNTY, TEXAS*
CAUSE NO. A-08-5080-4CR

## OATH

STATE OF TEXAS,
COUNTY OF TRAVIS

I NEMA BARDIN BEING DULY SWORN, UNDER OATH SAYS: I AM THE PETITIONER IN THIS AMENDED EMERGENCY ORIGINAL HABEAS CORPUS ACTION AND KNOW THE CONTENTS OF THE ABOVE APPLICATION FOR WRIT OF HABEAS CORPUS AND, ACCORDING TO MY BELIEF, THE FACTS STATED IN THE APPLICATION ARE TRUE.

_____
NEMA BARDIN PETITIONER

SUBSCRIBED AND SWORN TO BEFORE ME JUNE 02, 2015.

_____
NOTARY PUBLIC

N. A. CADENA
Notary Public, State of Texas
My Commission Expires
October 20, 2018

## CERTIFICATE OF SERVICE

ARANSAS COUNTY DISTRICT ATTORNEY
301 NORTH LIVE OAK STREET
*ROCKPORT, TEXAS 78382*

NEMA BARDIN
PETITIONER